FILED
2013 May-20 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DENVILLE CALLWOOD,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**ERIC HOLDER, et al.,** )<br>Respondents. ) | Case No.: 4:13-cv-00437-WMA-JEO |

## MEMORANDUM OPINION

On March 5, 2013, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to the British Virgin Islands. (Doc. 1 at 6). On May 17, 2013, Respondents filed a motion to dismiss the petition as moot. (Doc. 8). In their motion, Respondents note that Petitioner was released on an Order of Supervision on May 17, 2013. (Doc. 8-1). Because Petitioner has been released on an Order of Supervision, thus, is no longer in custody, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' Motion to Dismiss as Moot (doc. 8) is due to be granted and the petition is due to be dismissed without prejudice.

Done this 20th day of May, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE